1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **JEFFREY J. ORR, ESQ.**
   Nevada Bar No.: 7854
3  **HOMERO GONZALEZ, ESQ.**
   Nevada Bar No.: 15231
4  **BRANDON | SMERBER LAW FIRM**
   139 East Warm Springs
5  Las Vegas, Nevada 89119
   (702) 380-0007
6  (702) 380-2964 – *facsimile*
   l.brandon@bsnv.law
7  j.orr@bsnv.law
   h.gonzalez@bsnv.law
8  *Attorneys for Defendant,*
   *99 CENTS ONLY STORES LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LASHAWNNA MITCHELL individually,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS STORE ONLY, LLC, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01559-JCM-DJA |

**STIPULATION AND ORDER TO DISMISS DEFENDANT 99 CENTS STORE ONLY, LLC WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., JEFFREY ORR, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC, and Plaintiff, LASHAWNNA MITCHELL, by and through CHARLES S. JACKSON, ESQ., and RICHARD HARRIS, ESQ., of RICHARD HARRIS LAW FIRM as follows:

*LaShawnna Mitchell v. 99 Cents Only Stores LLC.*
*Case No. 2:20-cv-01559-JCM-DJA*

That Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 24th day of February, 2023.   DATED this ____ day of February, 2023.

**BRANDON | SMERBER LAW FIRM**   **RICHARD HARRIS LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

_____   _____
**LEW BRANDON, JR., ESQ.**   **CHARLES S. JACKSON, ESQ.**
Nevada Bar No. 5880   Nevada Bar No. 8266
**JEFFREY J. ORR, ESQ.**   **RICHARD HARRIS, ESQ.**
Nevada Bar No.: 7854   Nevada Bar No. 505
**HOMERO GONZALEZ, ESQ.**   801 South Fourth Street
Nevada Bar No.: 15231   Las Vegas, NV 89101
139 East Warm Springs   *Attorney for Plaintiff,*
Las Vegas, Nevada 89119   *LASHAWNNA MITCHELL*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

*LaShawnna Mitchell v. 99 Cents Only Stores LLC.*
*Case No. 2:20-cv-01559-JCM-DJA*

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED March 20, 2023.

*[signature]*
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No.: 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No.: 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007
Fax (702) 380-2964
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*